# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**FILED**

AUG 2 2 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Marion Parham

)
)
Plaintiff )
)
vs. )
)
_____ )    Case No. _____
_____ )    (*The case number will be assigned by the clerk*)
_____ )
_____ )
_____ )
_____ )
_____ )
_____ )
_____ )
_____, )
)
Defendant(s) )

(*List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format*).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐    42 U.S.C. §1983 (state, county or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐    Other federal law: _____

☐    Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: _Marion Parham_

Prison Identification Number: _K-69858_

Current address: _P.O. Box 999_
_Canton, ILL 61520_

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #2:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #3:

Full Name: _____

2

Current Job Title: _*none*_____

Current Work Address _*none*_____

_____

Defendant #4:

Full Name: _*none*_____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _*none*_____

Current Job Title: _*none*_____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." *28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☐        No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐        No ☐

3

C.  If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1.  Name of Case, Court and Docket Number

_____

2.  Basic claim made  _____

3.  Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still pending?)  _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑  No ☐

If your answer is no, explain why not  _____

_____

C.  Is the grievance process completed?  Yes ☑  No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _ILLinois River, correctional center_

Date(s) of the occurrence _7-27-22_

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

At ILLinois River correctional center, violation of security safety Rule, on 7-27-22 3 house wing-B was going to the yard, due to are safety the facility at Illinois river suppose to put salt on the Ice or shovel it up, because I never would had the accident if the facility took the time to take care of the Ice, the accident gave me back problem and it cause major injury to my Leg, my Leg Just had surgery to it at grant hospital in canton Ill witness C/O crossman, nurse casselle, victor Hudson B00628, they all seen me slip on the Ice and fell on my back causing me strong trauma.

5

## RELIEF REQUESTED

(State what relief you want from the court.)

I would LIKe to be compensate for the injury and the pain and suffering I am going through, every since I had this accident my back been causing pain to me, well as my Leg that I had surgery on

JURY DEMAND      Yes ☑      No ☐

Signed this MARIon PARHAM day of _____, 20 22

Marlon PARHAM

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Marlon Parham | K-69858 |
| Address: P.O. Box 999 Canton ILL 61520 | Telephone Number: |

8

Received
Grievance Officer
Assigned Grievance #/Institution:

Housing Unit: 3-B    Bed #: 23

FEB 0 1 2022

1st Lvl rec: 220456

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

| Date: 1-30-22 | Offender (please print): MARION PArHam | ID #: K-69858 | Race (optional): BLK |
|---|---|---|---|
| Present Facility: Illinois River C.C. | | Facility where grievance issue occurred: Illinois River C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report    1-30-22 Date of report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): Violation of security safety Rule

- [✓] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Illinois River C.C. Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 1-27-22 in the moring 9:30 Am 3-house wing-B was going out for yard soon as we walk toward the gate were u walk in at there was nothing but Ice on the walk way, and I slip on the Ice and felt and hurted my leg, and back de to are security safety the institution of Illinois River c.c. suppose to look out for are safety, by protecting us, there was no

[✓] Continued on reverse

**Relief Requested:**

I would like to be compensate for what happen to me for not protecting my safety purpose, I could had died from this accident

[✓] Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is **NOT** an emergency grievance.

Marion PArHam    K-69858    1-30-22
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)    this is Rediculous 70591

**Counselor's Response** (if applicable)    Date Received: 6-04-22    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Per HCUA mather: "Patient seen by NP on 1/27/22 per fall and xray ordered and crutches given as well as medication orders and ace wraps after xray completed." work crews are assigned daily ensuring walkways are clean and cleared off. Counselor recommends denied.

Kerris    Yom    6-04-22
Print Counselor's Name    Sign Counselor's Name    Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 2/9/22

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [✓] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature    2/9/22 Date

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____    Housing Unit: 3-B    Bed #: 23

1st Lvl rec:

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

salt oN the Ice,, they suppose to shovel the Ice up every pAth way in the institution was clear of the walk way except going to the yard were it was not clear C/o crossman and Nurse caesselle and JumaR MockAbee M14945 and victor HudsoN B00628 is a witness to this accident that had happen I was so scared because I Just had surgery done to My Leg at graham hospital, Doctor James QueeAN was my Doctor, I should not have to suffer like this, also my Leg was not really heal from my surgery, it felt like I broke my leg and back it is in so much pain, every time I try to bend over I get sharp pain in my back that come and go, my back be stiffen at time that I can't flex like I use to from the big impact from me hitting the gravity, really caused trauma and giving me panic attack. I suppose to be in health care getting taking care of because I got ta have crutches to move around.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Illinois River Correctional   Center

| Offender Information: |
| --- |
| Parham              Marion              ID#: K69858
| Last Name          First Name          MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
| --- | --- | --- |
| 1/27/22 1100 | lpn note: pt in HCU s/t fall on yard. See injury report. | Meallll |
| 2-1-22 | NP Note. Flup c̄ pt p fall + ankle strain - pt c/o back pain + spasms - Gen: A+O male ambul̄ c̄ crutches - CV: RRR - Resp: Clear Mus/skel: Rt ankle continues to present c̄ swelling + tenderness - pt able to point c̄ diff + flex ROM ↓ c/o diff + mild pain - | Poc - - due to continued Back pain c̄ movem't will use steriods - pt to continue c̄ exercises as demostr - if pain worsens he needs to see provider ℞ Ibuprofen Tramadol 50mg PO BID X 5 days - F/up in 4 wks - cont |

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Illinois River Correctional          Center

Offender Information:

Parham                Marion                                    ID#: K69858
Last Name                    First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-1-22 | Back: Rt Lateral side mild muscle stiffness. Lt. Lateral mid back - muscle spasm ① G & F - ② Rt ankle strain | Noted 2/3/22 DG3 [signature] |
| 02/09/2022 13:21 | On sick call list, per chart patient seen by L. Stambaugh, issue resolved. | [signature] |

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

# Radiology Report

**Facility:** IllinoisRiver Correctional Center

**Exam Date:** 3/31/2022

**Patient Name:** Parham, Marion

**INMATE ID NUMBER:** K69858

**Date of Birth:** 10/17/1974

**Ordering Provider:** Oscar Gomez

**Exam:** LUMBAR SPINE

**Reason for exam:** Back pain.  Status post fall.

**Findings:** A grade I posterolisthesis of L4 on L5 is identified.  Degenerative changes are noted throughout the posterior elements.  Mild disc space narrowing and degenerative endplate changes are noted throughout the lumbar spine.  Osteophyte formation is present.  A mild dextroscoliotic curvature is noted in the mid lumbar spine.

**Impression:**

1. Grade I posterolisthesis of L4 on L5.
2. Degenerative changes.

Report generated and electronically signed by Anthony M. Johnson, MD on 4/03/2022
Overread and electronically signed by Nicola Chiaradonna, MD on 4/03/2022 at 10:41 PM

DOCTOR:

DATE: 4.4-22

PULL CHART ☐
SEE PATIENT ☐
FILE ☑

S119

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 04/10/2023 | Date of Review: 04/14/2024 | Grievance #: 23-4182 |
| Individual in Custody Name: Parham, Marion | | ID#: K69858 |

**Nature of Grievance:**

Medical Treatment

**Facts Reviewed:**

The Individual in Custody states he has been hurting really bad since 1/27/22 when he slipped an fell on his back. Individual states he did have an x-ray and MRI, but has been having muscle stiffness. Individual states he has been following the process of putting in three times to see the Doctor, and he is not being seen. Individual requests for the ability to see a Physician be expedited because he is being neglected.

The CAO deemed this grievance an Emergency Grievance, sent to Grievance Officer for a response.

Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in Departmental Rule 504, this Grievance Officer is reasonably satisfied that this grievance is Moot. Illinois River Correctional Center's Healthcare Unit Administrator Ms. Meaker states, " Patient is pending thoracic spine MRI per INI after reviewing lumbar spine MRI results. Referral completed 4/6/23 pending further diagnostic imaging before further treatment recommendations. Patient has current order for Cymbalta."

**Recommendation:**

Moot.

| Kellie Dennis | *Kellie Dennis* |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: 4-19-23 | ☑ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

*[signature]*
Chief Administrative Officer's Signature

4-19-23
Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Individual in Custody's Signature | ID# | Date |
|---|---|---|

8-17-23

To. Whom it may concern

I am filing this Lawsuit on Illinois River C.C. I got all the document to show my proof, I also need a Lawyer for my case, thank u.

Marlon Parham K-69858
P.O. Box 99
Pontiac Ill 61764



FILED

AUG 2 2 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Individual In Custody
Correspondence Illinois
Department of Corrections

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 61764 $ 002.31⁰
02 7W
0008029343 AUG 18 2023

Marion ParHam k-69858
P. O. Box 99
PONtiac Ill 61764

Legal
mail

US District court
Springfield Division
600 E. MONroe st
Room 151
Springfield Ill 62701