# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

FILED

JAN 1'9 2024

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Marion Parham,

            Plaintiff

vs.

Supervisor Maintance

            Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1-2-3-CV-01314

*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐   42 U.S.C. §1983 (state, county or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐   Other federal law: _____

✓   Unknown _____

## I. FEDERAL JURISDICTION

*****Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: _Marion PArhaM_

Prison Identification Number: _K-69858_

Current address: _P.O Box 99_
_PONtiac Ill 61764_

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: _John Doe I_

Current Job Title: _Supervisor Maintance_

Current Work Address _I P.O Box 999_
_Canton Ill 61520_

Defendant #2:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #3:

Full Name: _____

Current Job Title: _____

2

Current Work Address _____

_____

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal __in forma pauperis__ in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?　　　　Yes ☐　　　　No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐　　　　No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

Date(s) of the occurrence _____ 1-27-22 _____

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

ON 7-27-22 in the moring 9:30 Am 3 house Wing-B was going out for yard soon as we walk toward the gate were u walk in at there was nothing but Ice on the walk way, and I slip on the Ice and hurted my back real Bad, do to are security safety The supervisor Maintance of Illinois River C.C. suppose to Clear up all the Ice on the walk way, this is negligent and I be having panic attack, I could had Died from the gravity,, the Ice was pick up every were in the prison accept going to the yard,, I had to get a MRI and I am having real problem with my back,, also C/O crossman and nurse casselle is a witness to this accident that took place,, it also caused trauma to me,, I am asking the court to give me some relief,, sincerely parham.

JURY DEMAND          Yes ☑          No ☐

Signed this _____ day of _____, 20_____.

_Marion Parham_

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| _Marion Parham_ | _K-69858_ |
| Address: | Telephone Number: |
| _Pontiac P.O Box 99_ _Ill 61764_ | |

8

1. Name of Case, Court and Docket Number

_____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☑   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Personal Injury, Illinois River C.C

4



# TYLER LAW OFFICES P.C.

## A PERSONAL INJURY LITIGATION FIRM

TYLERLAWCHICAGO.COM

June 12, 2023

**Marion Parham – K-69858**
**Illinois River**
**1300 West Locust**
**P.O. Box 999**
**Carton, IL 61520**

**LEGAL MAIL**

**Re: New case  slip and  fall**

Dear Mr. Parham:

I have enclosed your April 3, 2022 we are unable to take on any new cases at present.  Thank you for considering our law firm.  Wishing you the very best.

Regards,

*TYLER LAW OFFICES, P.C.*

Timothy R. Tyler
TRT.tlt

120 WEST MADISON STREET  SUITE 204
CHICAGO, IL 60602

(312) 920-1745
(312) 291-8628 (FAX)

.04.　　　~ ~puctalties Corporation　　　(FAX)2175326808　　　P.005/009

# Radiology Report

**Facility:** IllinoisRiver Correctional Center

**Exam Date:** 3/31/2022

**Patient Name:** Parham, Marion

**INMATE ID NUMBER:** K69858

**Date of Birth:** 10/17/1974

**Ordering Provider:** Oscar Gomez

**Exam:** LUMBAR SPINE

**Reason for exam:** Back pain. Status post fall.

**Findings:** A grade I posterolisthesis of L4 on L5 is identified. Degenerative changes are noted throughout the posterior elements. Mild disc space narrowing and degenerative endplate changes are noted throughout the lumbar spine. Osteophyte formation is present. A mild dextroscoliotic curvature is noted in the mid lumbar spine.

**Impression:**

1. Grade I posterolisthesis of L4 on L5.
2. Degenerative changes.

Report generated and electronically signed by Anthony M. Johnson, MD on 4/03/2022
Overread and electronically signed by Nicola Chiaradonna, MD on 4/03/2022 at 10:41 PM

DOCTOR:

DATE: 4.4-22

PULL CHART ☐
SEE PATIENT ☐
FILE ☑

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 04/10/2023 | Date of Review: 04/14/2024 | Grievance #: 23-4182 |
| Individual in Custody Name: Parham, Marion | | ID#: K69858 |

**Nature of Grievance:**

Medical Treatment

**Facts Reviewed:**

The Individual in Custody states he has been hurting really bad since 1/27/22 when he slipped an fell on his back. Individual states he did have an x-ray and MRI, but has been having muscle stiffness. Individual states he has been following the process of putting in three times to see the Doctor, and he is not being seen. Individual requests for the ability to see a Physician be expedited because he is being neglected.

The CAO deemed this grievance an Emergency Grievance, sent to Grievance Officer for a response.

Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in Departmental Rule 504, this Grievance Officer is reasonably satisfied that this grievance is Moot. Illinois River Correctional Center's Healthcare Unit Administrator Ms. Meaker states, " Patient is pending thoracic spine MRI per INI after reviewing lumbar spine MRI results. Referral completed 4/6/23 pending further diagnostic imaging before further treatment recommendations. Patient has current order for Cymbalta."

**Recommendation:**

Moot.

Kellie Dennis
_____
Print Grievance Officer's Name

_____
Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 4-19-23 | ☑ I concur  ☐ I do not concur | ☐ Remand |

**Action Taken:**

_____
Chief Administrative Officer's Signature

4-19-20
Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____
Individual in Custody's Signature

ID#

Date

Marion Parham K-69858
P.O Box 99
Pontiac Ill 61764

Individual In Custody
Correspondence Illinois
Department of Corrections

FIRST-CLASS

US POSTAGE
ZIP 61764 $ 001.83⁰
02 7W
0008029343 JAN 18 2024

Legal
Mail

Judye Jame E. Shadid
United State District Court
Central District Illinois
Office of The Clerk
Federal Building
100 N.E Monroe
Peoria Ill 61602