1:23-cv-01314-JES # 29   Filed: 03/21/24   Page 1 of 8

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

**FILED**

APR - 5 2024

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*Marion Parham,*

)
)
**Plaintiff**    )
)
)
vs.    )
)
*5 Maintenance Supervisor Ill. River C.C.*    )
)
)
)
)
)
)
)
)
)
)
)
**Defendant(s)**    )

Case No. **1-23-CV-01314**
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*_____*

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: _Marion Parham_

Prison Identification Number: _K-69859_

Current address: _P.O Box 999 PONTIAC ILL 61764_

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: _____

Current Job Title: _none_

Current Work Address _none_

Defendant #2:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #3:

Full Name: _____

Current Job Title: _____

2

Current Work Address _____

_____

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?      Yes ☐      No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐      No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number  *none*

_____

2. Basic claim made  _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  *none*  _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑  No ☐

If your answer is no, explain why not  _____

_____

C. Is the grievance process completed? Yes ☐  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  *Personal Injury Ill River C.C.*

4

Date(s) of the occurrence  7-27-22

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

The claims that ILLiNois River correctioNal center MaintenaNce Supervisor John Doe violated plaintiff constitational right on a personal iNjury, matter on 7-27-22 the plaintiff had a bad serious iNjury, du to the MaiNteNaNce not doing his Job, every MaiNteNaNce iN the ILLiNois department of correction are giviry equipment operator to complete there Job. the MaiNteNaNce JohN Doe had a Duty to make sure every walk way in the facility was clear for the safety of the employee and the safety of the individual in custody, this complaint is to identify his legally claim on this matter of supervisor maintenance John Doe did not provide enough salt or use his equipment to stop this accident from happening, c/o crossman, Nurse Casselle is a witness of this bad accident. Turnover

Maintenance never check to see if
the Ice was clear in the hole facility
walk way.

Thee plaintiff is asking to
be compensate $500,000 for his personal
injury

**FILED**

**APR 18 2024**

CLERK OF COURT
U.S. DISTRICT COURT
**CENTRAL DISTRICT OF ILLINOIS**

JURY DEMAND        Yes ☑        No ☐

Signed this _Parham_ day of _4-15_ , 20_24_.

_Marion Parham_

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Marion Parham | K-69458 |
| Address: | Telephone Number: |
| Pontiac Po Box 999 | |

8

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Illinois River Correctional     Center

Offender Information:

Parham                 Marion                 ID#: K69858
Last Name              First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-1-22 | Back: Rt Lateral side mild muscle stiffness. Lt. Lateral. mid back - muscle spasm ① G L F - ② Rt ankle strain | Noted 2/3/23 0833 [signature] |
| 02/07/2022 13:21 | On sick call list, per chart patient seen by L. Stambaugh, Issue resolved. | [signature] |

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Illinois River Correctional Center

| Offender Information: |
|---|
| Parham / Last Name  Marion / First Name  MI  ID#: K69858 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/27/22 1100 | lpn note: pt in HCU S/T fall on yard. See injury report. | meallll |
| 2-1-22 | NP Note. F/up c̄ pt p̄ fall + ankle strain — pt c/o back pain + spasms — Gen: A+O male ambul c̄ crutches - CV: RRR - Resp: Clear Mus/Skel: Rt ankle continues to present c̄ swelling + tenderness — pt able to point s̄ diff Flex ROM ↓ c/o diff + mild pain — | POC - due to continued Back pain c̄ movement will use steriods - pt to continue c̄ exercises as demonstra - if pain worsens he Needs to see provider cx Ibuprofen Tramadol 50mg PO BID X 5 days F/up in 4 wks - cont |

# Radiology Report

**Facility:** IllinoisRiver Correctional Center

**Exam Date:** 3/31/2022

**Patient Name:** Parham, Marion

**INMATE ID NUMBER:** K69858

**Date of Birth:** 10/17/1974

**Ordering Provider:** Oscar Gomez

**Exam:** LUMBAR SPINE

**Reason for exam:** Back pain.  Status post fall.

**Findings:**  A grade I posterolisthesis of L4 on L5 is identified.  Degenerative changes are noted throughout the posterior elements.  Mild disc space narrowing and degenerative endplate changes are noted throughout the lumbar spine.  Osteophyte formation is present.  A mild dextroscoliotic curvature is noted in the mid lumbar spine.

**Impression:**

1.  Grade I posterolisthesis of L4 on L5.
2.  Degenerative changes.

Report generated and electronically signed by Anthony M. Johnson, MD on 4/03/2022
Overread and electronically signed by Nicola Chiaradonna, MD on 4/03/2022 at 10:41 PM

DOCTOR:

DATE: 4.4-22

PULL CHART ☐
SEE PATIENT ☐
FILE ☑

Marion Parham K-69858
P. O. Box 999
Pontiac Ill 61764

Individual In Custody
Correspondence Illinois
Department of Corrections **RECEIVED**



★ USA ★ FOREVER ★

Legal
Mail

United State District court
Central District of Illinois
of the Clerk.
Federal Building 100 N.E. Monroe
Peoria Ill 61602